UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CHRISTINA BROWN ET AL** | **CASE NO. 6:25-CV-00039** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **STATE NATIONAL INSURANCE CO INC ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

Before this Court is a MOTION TO REMAND filed by Plaintiffs. (Rec. Doc. 10). This motion was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record and noting the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation (Rec. Doc. 26) is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the report and recommendation, Plaintiffs' MOTION TO REMAND (Rec. Doc. 10) is GRANTED and that Plaintiffs' suit is REMANDED to the 15th Judicial District Court, Lafayette Parish, Louisiana.

THUS DONE in Chambers on this 2nd day of October, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE